Request For Compassionate Release Under The First Step Act, The Cares Act, And BOP Program Statement 5050.47

Inmate Malcolm C. Donley, and herein makes this request to the warden of FCI Pekin in accordance with the above "Acts". These Acts state that a Warden can grant an inmate compassionate release for "compelling circumstances", including, but not limited to the current Covid 19 emergency. And, if after 30 days, the inmate receives no response from the Warden, the inmate may then proceed to the federal district court where he was sentenced, and seek a sentence reduction / compassionate release, via 18 USC § 3582 (c)(2).

This submission is my formal request for compassionate release to the Warden of FCI Pekin.

In accordance with the First Step Act, the following criteria should be considered.

(A) Criminal Offense: In 1987, petitioner was arrested and convicted for murder in violation

of 18 USC 1111. For this offense, he was sentenced to life imprisonment. Petitioner has now been incarcerated for over 33 years. I pray that you take my time incarcerate as an exceptional circumstance.

B) <u>Criminal History</u>: Petitioner has no other criminal history, no detainers, and no warrants.

(c) <u>Institutional Adjustment</u>: Petitioner has had superior institutional adjustment, since his incarceration he has obtained his GED, and sought to rehabilitate himself. Knowing that if his sentence was ever reduced for any reason, or if it was evere overturned he would have to have the skills necessary to succeed and thrive on the outside. To acquire the necessary skills, petitioner took and compleated the following classes:

1. Information processing;
2. Microsoft Office - Word;
3. Ace Computer Keyboard;
4. Stop the Violince Class;
5. Beginning Spanish;
6. Quality Control Apventership Program;

7. Soldering;
8. Pre Solder Exploratory Class; and
9. Pre Release Class.

Petitioner also became a GED tutor for other inmates, and has maintained employment in Unicor, where he is presently a QA. His last institutional infraction was over 6 years ago, and then it was only a minor infraction. In short, he has actually been a model prisoner.

(D) <u>Personal Information</u>: Petitioner is currently 63 years of age, has his GED, has served in the military as a supply clerk for the Air Force. His mother (Ms. Beulah Donley) is 79 years old and disabled, lives in Chicago, and need someone to help care for her as she gets older. Petitioner also has three adult children- One son and two daughters, and he has nine grandchildren. All have offered their support if I am granted release.

(E) <u>Covid-19</u>: As a person that is incarcerated this petitioners age and medical conditions put him at high risk for poor outcomes or even death should he contract the virus.

We have learned that prisons, jails and nursing homes are the places where the virus can spread the fastest because of a large amount of people living in close quarters.

Specifically to this petitioner he has several conditions that have been flagged by the CDC as putting persons at hightened risk of death should they contract Covid.

1. This petitioner is over 60 years of age. People over 60 make up over half of all Covid deaths

2. Petitioner suffers from high blood pressure, and has been prescribed the drug Hydrochlorothiazide and also the drug Lisinopril. This condition stresses the cardio-vascular system, which is also stressed by Covid, and can lead to cardiac arrest.

3. Petitioner also suffers from cronic high cholesterol, and has been prescribe the drug Atrovastatin. This condition can cause arteries to clog up, and can also lead to cardiac arrest.

cost of incarceration of a federal inmate was $36,299.25. The average cost of an inmate in a Residential Reentry Center was $32,309.80 (See Federal Register, Vol. 83, pg. 18863).

While the Federal Register does not provide to date, the cost of home confinement, there is no question that the cost of home confinement would be substantially less than the cost of either incarceration or placement in a Reentry Center.

Additionally, the BOP will save the cost of maintaining petitioner on Cronic Care, which cost include petitioners medications, perscription glasses, ect.

(H) <u>Letters of Support</u>:

See attached

<u>Prayer For Relief</u>

In closing, I ask that you consider my age, medical condition, my 33 years incarcerated,

petitioner prays that you will take his age and medical conditions as "exceptional circumstances" that warrant compassionate release.

**(F)** <u>Inmates release Plan</u>:

If granted compassionate release, petitioner will live with his mother (Beulah Donley), at <u>7208 South Union Avenue, Chicago, Illinois 60621.</u> He will help care for her in her late years, and, through her connections she can assist petitioner with finding employment, and provide any financial assistance necessary in the time before he is employed. Petitioner's daughter has also offered assistance with computer access, financial support, and job search.

In regards to medical care, petitioner will initially sign up for the Affordable Care Act, but will buy private insurance once he begans working.

**G)** <u>Will Release Result In Cost Savings to the BOP</u>:

For the fiscal year 2017, the average annual

7 of 7

my rehabilition efforts while incarcerates),
my mothers health and her need for care, and
a BOP P.A.T.T.E.R.N. score of "Low" risk of re-
offending, and please find that together they
equal compelling circumstances that warrant
compassionate release.

Respctfully Submitted:

Date: 10/26/20
Date Submitted

Malcolm C. Donley
Malcolm C. Donley
Reg. No. 01972-050

RECEIVED

NOV - 1 2020

AT 8:30_____M
WILLIAM T. WALSH, CLERK

09/02/20

Dear Warden of Pekin
Federal Correctional Institution
& to the Bureau of Justice
Compassionate Release Program

My name is Beulah Donley —
& I have a son who is Malcolm
C. Donley who has been incarcerated
since 1987 for a violent crime
of passion. I am a senior
citizen & single parent with 79 yrs
maturity. I have mobile disa-
bility & other medical problems
which requires assist like get-
ting around and going shop-
ping & other household needs.
My son would be able to
help me a great deal with
my daily routine if he were
here. My son and I would
get an apartment with him
staying with me. I can help-
(turn over)

2)

him financially and help him find a job with assist from other family members. I know he has training as a Quality Assurance Inspector in an electronics cable factory and Textiles factory. I can show him how to use a smart phone with the assists of other family members. His daughter can help with computer access. He has not been home in Chicago in about 42 yrs + some mths. He has never been this close to home. Being in the Military serving his country which he volunteered at 17yrs. Marion was was in southern Illinois and Pekin is much closer in the middle of Illinois. I love my son and has always been a person who I could depend on + we grew strong + our relationship as mother and son. Pekin is more northern to his home.

( turn over )

Case 3:88-cr-00066-BRM   Document 2   Filed 11/01/20   Page 10 of 11 PageID: 14

3)

His faith is strong since he has been incarcerated as mine has been and I am joyous because of this we communicate well. I will continue to pray for him and all who believe in the program and all who believe in the Father God the son Jesus and the Holy-Spirit Amen.

God Bless all who are involve in this indeavor.

Sincerely Beulah Donley

P.S. Now that God and Savior Jesus Christ has taken my son to forgiveness and love - he is a humble and repentant man. Please allow him to come home to me because I need him + love him.

MaLcoLm C. DonLey

172-050

:raL Correctinal Institution

BOX 5000

in, IL 61555

ed STates

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
NOV 22

LegaL MaiL



RECEIVED
OCT 26 2020
FCI PEKIN
MAIL ROOM

RECEI
NOV - 1
AT 8:30
WILLIAM

United STates District Court
50 Walnut STreet
Room 4015
NewarK, NewJersey 07101

XRAYED