From: Malcolm C. Donley
      Reg. No. 01972-050
      FCI Pekin
      P.O. Box 5000
      Pekin, Illinois 61555

RECEIVED
FEB 08 2021
AT 8:30_____M
WILLIAM T. WALSH
CLERK

To: United States District Court
    Attn: Office of the Clerk
    402 East State St., Rm. 2020
    Trenton, New Jersey 08608

Date: January 29, 2021

Dear Clerk's Office:

I am writing because on November 17, 2020, I filed a motion seeking compassionate release in case number 3:88-CR-00066-BRM. Then, on November 23, 2020, Assistant U.S. Attorney Elisa Wiygul made an appearance. Since that time, I have not heard anything. Please tell me if any orders have been made in this case, or if any documents have been filed. If nothing has happened, please

-1-

take this letter as a motion requesting the governments' response, and present it to the Judge.

Thank you in advance for your time and attention to this very important matter

Sincerely

Malcolm Donley
Pro-Se



Mr. Malcolm C. Dowley
Reg. No. #01972-050
F.C.I. Pekin
P.O. Box 5000
Pekin, Illinois 61555

LEGAL MAIL

Aion Institute

United States District Court
Attn: Office of The Clerk
402 East State St. Rm. 2020
Trenton, New Jersey 08608

FEB 01 2021
FCI PEKIN
MAIL ROOM