UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

NEWARK
Judge: BRIAN R. MARTINOTTI              Date: 08/25/2021
Court Reporter: Tammera Witte           Docket No: 3:18-cr-232

Title of the Case:

UNITED STATES OF AMERICA
v.
RONALD WILLIAMS

Appearances:

Elisa Wiygul, AUSA
Andrea Bergman, AFPD

Nature of Proceedings:

Defendant present via telephone
Hearing on Defendant's motion [2] for a Reduction of Sentence Under First Step Act 18 U.S.C. 3582 (c)(1)(A) COVID-19 and [10] Release from Custody *Supplement to Motion for Compassionate Release.*
Argument held.
Court RESERVED decision

Commenced:   1:30 pm
Concluded:   2:00 pm

                                        Lissette Rodriguez, Courtroom Deputy
                                        to the Hon. Brian R. Martinotti U.S.D.J.