UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 88-66 (BRM) |
| | : | NOTICE OF APPEAL |
| MALCOLM C. DONLEY | : | |

Notice is hereby given that Malcolm C. Donley, defendant in the above-captioned case, through his attorney, David E. Schafer, Esq., hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered by the Honorable Brian R. Martinotti in this case on November 10, 2021, in the United States District Court of New Jersey (Document 15 of the Docket), denying his Motion for Compassionate Release.

Respectfully submitted,

*David E. Schafer*

David E. Schafer, Esq.
3131 Princeton Pike
Bldg. 2B, Ste. 105
Lawrenceville, NJ 08648
(609) 439-7790
<schafdave@gmail.com>